DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SHUTT

No. 744P86.

Case below: 83 N.C. App. 344.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

STATE v. SMITH

No. 22P87.

Case below: 83 N.C. App. 676.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

STATE v. TARANTINO

No. 30P87.

Case below: 83 N.C. App. 473.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1987 for the limited purpose of remanding the case to the Court of Appeals for further review in light of the U. S. Supreme Court's decision in U. S. v. Dunn (9 March 1987).

STATE v. THORPE

No. 126P87.

Case below: 84 N.C. App. 459.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 March 1987.

STATE v. WHITE

No. 88A87.

Case below: 84 N.C. App. 111.

Petition by defendant for stay of execution of judgment of Court of Appeals denied 2 March 1987. Motion by Attorney General to dismiss appeal for failure to show a substantial constitutional question allowed 7 April 1987.